IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER VACATING AMENDED ORDER** |
| | ) | **GRANTING MOTION FOR RELEASE TO** |
| vs. | ) | **ATTEND TREATMENT** |
| | ) | |
| Lennie Ellen Traversie, | ) | Case No. 1:21-cr-028 and 1:18-cr-137 |
| | ) | |
| Defendant. | ) | |

On motion by defendant, the court issued an order on August 3, 2021, that conditionally released defendant to her aunt on August 4, 2021, for transport to the Summit Prairie Recovery Center's (Summit) inpatient treatment facility in Watford City, North Dakota. When defendant's aunt proved unable to transport defendant as anticipated, the court issued an amended order on August 5, 2021, that conditionally released defendant on August 11, 2021, to her aunt or other person approved by the Pretrial Services office for transport to Summit. Like its original order, the court's amended order required defendant to reside at Summit until discharged and then return to Marshals Service custody pending further order.

On August 9, 2021, defense counsel informed the court that Summit presently has no space available for defendant but may have space available for her in two weeks time. Rather than issuing a second amended order releasing defendant in two weeks with the hope that Summit may have space available for her by that time, the court finds it prudent to simply vacate its amended order of August 5, 2021, with the understanding that defendant can file an appropriate motion once she can provide the court with: (1) a date certain on which Summit will have room for her; an (2) the name of an approvable person that can transport her to Summit.

1

Accordingly, the court **VACATES** its amended order of August 5, 2021 (Case No. 1:21-cr-028 at Doc. No. 72; Case No. 1:18-cr-137 at Doc. No. 100).  Defendant shall remain in custody pending further order of the court.

**IT IS SO ORDERED.**

Dated this 9th day of August, 2021.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court
